CITY OF TAMPA v. EUPHEMIA KELLIHER, *et al.*

155 So. 925.
Division B.
Opinion Filed July 6, 1934.

*Alonzo B. McMullen* and *Ralph A. Marsicano,* for Appellant;

*Peyton T. Jordan,* for Appellees.

PER CURIAM.—This cause having been duly submitted, briefed and orally argued, and all the questions presented by the respective parties having been carefully considered, our conclusion is that the final decree appealed from is free from error and that it should be and the same is hereby affirmed. In reaching this conclusion, it was not found necessary to pass upon the constitutionality of Chapter 15,-536 of the Acts of 1931.

Affirmed.

WHITFIELD, P. J., and BROWN and BUFORD, J. J., concur.